**99–2149.   State ex rel. Mickey v. McGaul.**
In Habeas Corpus. On petition for writ of habeas corpus by Audrey Mickey. *Sua sponte,* cause

dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.